437 F.2d 1320
 Geno Henry BARBER, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 30785 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 February 4, 1971.
 Rehearing Denied May 20, 1971.
 
 Appeal from United States District Court, Middle District of Georgia; William A. Bootle, Chief Judge.
 Glenn Zell, Atlanta, Ga., for petitioner-appellant.
 William J. Schloth, U. S. Atty., D. L. Rampey, Jr., Asst. U. S. Atty., Macon, Ga., for respondent-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966